1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  JENNIFER D. ARKOWITZ (State Bar No. 223755)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email:  mmgorelnik@townsend.com
5          jdarkowitz@townsend.com

6  Attorneys for Plaintiff
   CHIMNEY SWEEPING LOG, LLC
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CHIMNEY SWEEPING LOG, LLC, a Nevada       Case No.   CV 07-05671 WHA
   limited liability company,
12
           Plaintiff,
13                                           **RETURN OF SUMMONS AND
       v.                                    PROOF OF SERVICE OF
14                                           SUMMONS AND COMPLAINT**
   MEECO MANUFACTURING CO., INC., a
15 Washington corporation,

           Defendant.
16

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CHIMNEY SWEEPING LOG, LLC, a Nevada limited liability company,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

MEECO MANUFACTURING CO., INC., a Washington corp., and COEUR D'ALENE FIBER FUELS, INC., an Idaho corp., dba ATLAS

C 07 5671

WHA

TO: (Name and address of defendant)

Meeco Manufacturing Co., Inc.
12 South Idaho Street
Seattle, WA  98134

Coeur d'Alene Fiber Fuels, Inc., dba Atlas
16620 W. Prairie Avenue
Hauser, ID  83854

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Gorelnik, Esq.
Jennifer D. Arkowitz, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
Tel:  (415) 576-0200
Fax:  (415) 576-0300
Email:  mmgorelnik@townsend.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  NOV - 7 2007

/s/
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 17, 2008 @ 10AM |
| Name of SERVER | TITLE |
| T. Tugsbileg | Process Server #9402780 |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Mocco Manufacturing Co., Inc. by serving Roger E. Lageschulte, Registered Agent at 1155 North 130th Street Suite 310 Seattle WA. Also Served documents listed on attachment.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $52.50 | $30.00 | $82.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 17, 2008
                    Date

Signature of Server

711 6th Ave North #100 Seattle WA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMNEY SWEEPING LOG, LLC,<br><br>Plaintiff,<br>v.<br>MEECO MANUFACTURING CO. INC.,<br>et al.,<br>Defendants. | NO. C07-5671 WHA<br><br>LIST OF SERVICE DOCUMENTS |

1) Summons
2) Complaint for Federal Unfair Competition, California Unfair Competition, and Common Law Unfair Competition
3) Civil Cover Sheet
4) Report on the Filing or Determination of an Action Regarding a Patent or Trademark
5) Order Setting Initial Case Management Conference and ADR Deadlines
6) Supplemental Order to Order Setting Initial Case Management Conference
7) Standing Order for All Judges of the Northern District of California
8) ECF Registration
9) Notice of Availability of Magistrate Judge
10) Local Rules foe District Court
11) Clerk's Notice Re: Failure to File Electronically

LIST OF SERVICE DOCUMENTS - 1

SEATTLE LEGAL MESSENGER SERVICES, LLC
711 6TH AVENUE NORTH #100
SEATTLE, WA 98109
(206) 443-0885

# PROOF OF SERVICE

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 18, 2008, I served a copy of the following document(s):

**RETURN OF SUMMONS AND PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

George Purdy, Esq.
Simburg, Ketter, Sheppard & Purdy, LLP
999 Third Avenue, Suite 2525
Seattle, Washington 98104-4089

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED this 18th day of January, 2008, at San Francisco, California.

_____
Billie Raney

*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d' Alene Fiber Fuels, Inc. dba Atlas*
RETURN OF SUMMONS AND PROOF OF SERVICE OF SUMMONS AND COMPLAINT
Case No. CV 07-05671 WHA