1  JAMES PARTON III (State Bar No. #77698)
   FRANCIS D. CONWAY (State Bar No. #186207)
2  AMELIA D. YAROS (State Bar No. #221290)
   MICHAEL D. MCCONATHY (State Bar No. #202982)
3  LYNCH, GILARDI & GRUMMER
4  A Professional Corporation
   475 Sansome Street, Suite 1800
5  San Francisco, CA  94111
   Telephone:    (415) 397-2800
6  Facsimile:    (415) 397-0937
7  E-mail: jparton@lgglaw.com
            fconway@lgglaw.com
8           ayaros@lgglaw.com
            mmconathy@lgglaw.com
9
   Attorneys for Defendant
10 MEECO MANUFACTURING CO., INC.

11

                    UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 | CHIMNEY SWEEPING LOG, LLC, | Case No.   C-07-5671 WHA |
15 |         Plaintiff, | |
16 |         v. | **DEFENDANT MEECO** |
17 | MEECO MANUFACTURING CO., INC. and | **MANUFACTURING CO., INC.'S** |
   | COEUR D'ALENE FIBER FUELS, INC. d/b/a/ | **CERTIFICATION OF INTERESTED** |
18 | ATLAS, | **ENTITIES OR PERSONS** |
19 |         Defendants. | |

20
   / / /
21

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

3  DATED: February 6, 2008          LYNCH, GILARDI & GRUMMER
4                                    A Professional Corporation

6                                    By:  /s/ Michael D. McConathy
7                                         James Parton III
                                           Francis D. Conway
                                           Amelia D. Yaros
8                                          Michael D. McConathy

                                           *Attorneys for Defendant*
10                                          MEECO MANUFACTURING CO., INC.

11  \\Sfdata\Conversion\0010-0191\P\172450.doc