1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
   JENNIFER D. ARKOWITZ (State Bar No. 223755)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email:  mmgorelnik@townsend.com
           lhvanlobensels@townsend.com
6          jdarkowitz@townsend.com

7  Attorneys for Plaintiff
   CHIMNEY SWEEPING LOG, LLC
8

9
   LYNCH, GILARDI & GRUMMER PC
10 James Parton III (State Bar No. 77698)
   Francis D. Conway (State Bar No. 186207)
11 475 Sansome Street, #1800
   San Francisco, California  94111
12 Telephone:  (415) 397-2800
   Facsimile:  (415) 397-0937
13 Email: jparton@lgglaw.com
          fconway@lgglaw.com
14
   Attorneys for Defendant
15 MEECO MANUFACTURING CO., INC.

16
                  UNITED STATES DISTRICT COURT
17
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

19 CHIMNEY SWEEPING LOG, LLC,              Case No.    C-07-5671 WHA

20              Plaintiff,

21        v.
                                           **NOTICE OF NEED FOR**
22 MEECO MANUFACTURING CO., INC. and       **ADR PHONE CONFERENCE**
   COEUR D'ALENE FIBER FUELS, INC. d/b/a/
23 ATLAS,

24              Defendants.

25

26        Plaintiff Chimney Sweeping Log, LLC ("CSL") and Defendant Meeco Manufacturing Co.,

27 Inc. ("Meeco") jointly submit this NOTICE OF NEED FOR ADR PHONE CONFERENCE in accordance with

28 Civil Local Rule 16-8 and ADR Local Rule 3-5.  Defendant Coeur D'Alene Fiber Fuels, Inc. d/b/a/

1  Atlas ("Atlas") is not a party to this NOTICE OF NEED FOR ADR PHONE CONFERENCE because Atlas is

2  in the final stages of negotiating a settlement agreement with CSL under which Atlas would be

3  dismissed from the Complaint.

4          Counsel report that they have met and conferred regarding ADR and that they request and

5  Early Settlement Conference with a Magistrate Judge.

6

7          The Initial Case Management Conference is scheduled for February 21, 2008 at 11 a.m.

8          The following counsel will participate in the ADR phone conference:

9  <u>Name</u>              <u>Party Representing</u>      <u>Phone No.</u>          <u>E-Mail Address</u>

10

11 Marc Gorelnik      Plaintiff CSL          (415) 576-0200      mmgorelnik@townsend.com

12 James Parton       Defendant Meeco        (415) 397-2800      jparton@lgglaw.com

13

14 DATED:  February 8, 2008                 TOWNSEND and TOWNSEND and CREW LLP

15

16                                          By: _____

17                                              Marc M. Gorelnik
                                                Laurie H. van Löben Sels
                                                Jennifer D. Arkowitz
18

19                                          *Attorneys for Plaintiff*
                                            Chimney Sweeping Log, LLC
20 DATED:  February 7, 2008                 LYNCH, GILARDI & GRUMMER PC

21

22

23                                          By: _____
                                                James Parton II
                                                Francis D. Conway
24

25                                          *Attorneys for Defendant*
                                            Meeco Manufacturing Co., Inc.
26

27

28