```
TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
JENNIFER D. ARKOWITZ (State Bar No. 223755)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  mmgorelnik@townsend.com
        lhvanlobensels@townsend.com
        jdarkowitz@townsend.com

Attorneys for Plaintiff
CHIMNEY SWEEPING LOG, LLC



LYNCH, GILARDI & GRUMMER PC
James Parton III (State Bar No. 77698)
Francis D. Conway (State Bar No. 186207)
475 Sansome Street, #1800
San Francisco, California  94111
Telephone:  (415) 397-2800
Facsimile:  (415) 397-0937
Email: jparton@lgglaw.com
       fconway@lgglaw.com

Attorneys for Defendant
MEECO MANUFACTURING CO., INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMNEY SWEEPING LOG, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>MEECO MANUFACTURING CO., INC. and COEUR D'ALENE FIBER FUELS, INC. d/b/a/ ATLAS,<br><br>            Defendants. | Case No.   C-07-5671 WHA<br><br>**JOINT ADR CERTIFICATION** |

      Plaintiff Chimney Sweeping Log, LLC ("CSL") and Defendant Meeco Manufacturing Co., Inc. ("Meeco") jointly submit this JOINT ADR CERTIFICATION in accordance with Civil Local Rule 16-

8 and ADR Local Rule 3-5. Defendant Coeur D'Alene Fiber Fuels, Inc. d/b/a/ Atlas ("Atlas") is not a party to this JOINT ADR CERTIFICATION because Atlas is in the final stages of negotiating a settlement agreement with CSL under which Atlas would be dismissed from the Complaint.

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: February 13, 2008    PLAINTIFF CHIMNEY SWEEPING LOG, LLC

By: _____

DATED: February 13, 2008    TOWNSEND and TOWNSEND and CREW LLP

By: _____
Marc M. Gorelnik
Laurie H. van Löben Sels
Jennifer D. Arkowitz

*Attorneys for Plaintiff*
Chimney Sweeping Log, LLC

//

*Chimney Sweeping Log, LLC v. Mecco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. dba Atlas*
JOINT ADR CERTIFICATION
Case No. C-07-5671 WHA

-2-

DATED: February 6TH, 2008

DEFENDANT MEECO MANUFACTURING CO, INC.

By: C.E. Schaefer, PRESIDENT
CLARK E. SCHAEFER

DATED: February 7, 2008

LYNCH, GILARDI & GRUMMER PC

By: ______________________
James Parton II
Frank D. Conway

*Attorneys for Defendant*
Meeco Manufacturing Co., Inc.