**TOWNSEND
and
TOWNSEND
and
CREW**
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

lhv@townsend.com

February 19, 2008

*VIA E-FILING and
HAND-DELIVERY TO CHAMBERS*

The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Atlas*
            Case No. C-07-5671 WHA
            Our File No. 021546-000800US

Dear Judge Alsup:

    I am an attorney working with Marc Gorelnik, who is lead counsel for plaintiff Chimney Sweeping Log, LLC. I am writing to you on Mr. Gorelnik's behalf. We note that the Initial Case Management Conference is set for Thursday, February 21, 2008, at 11:00a.m. The Court's Civil Local Rule 16-10(a), as well as your own Supplemental Order concerning case management conferences, direct that lead counsel for each party shall personally appear.

    On Saturday, February 16, 2008, Mr. Gorelnik was re-hospitalized at the Davies Campus of California Pacific Medical Center for severe back pain (he had earlier been hospitalized from January 27 through February 3). Mr. Gorelnik is now scheduled for emergency back surgery today, February 19. Therefore, it is highly unlikely that Mr. Gorelnik can personally attend the Initial Case Management Conference on February 21. He is sole lead counsel for plaintiff and the only person who knows the lengthy history with the defendant.

    Civil Local Rule 16-10(a) permits a party to seek appearance by telephone. The deadline for such a request was Thursday, February 14, 2008, two days before he was re-hospitalized. Therefore, it is not possible for Mr. Gorelnik to make a timely request to appear by telephone. Besides, an appearance by telephone would be difficult less than 48 hours after today's scheduled surgery.

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

The Honorable William Alsup
Case No. C-07-5671 WHA
February 19, 2008
Page 2

    On behalf of plaintiff Chimney Sweeping Log, LLC, we ask that you continue the Initial Case Management Conference for three weeks until Thursday, March 13, 2008. I spoke this morning with Jim Parton, who is lead trial counsel for defendant Meeco. Mr. Parton does not object to a three-week continuance of the Initial Case Management Conference given the circumstances, and is available to attend a conference on March 13, 2008. We submit herewith a proposed Order concerning the continuance or, in the alternative, permission to appear by telephone. While we have a very capable trial team that can attend the Case Management Conference, we wish to fully comply with Your Honor's standing order.

Very truly yours,

Laurie H. van Löben Sels

LHV/bcr

cc: James Parton III, Esq., Lynch, Gilardi & Grummer PC (via e-filing service)

61287552 v1