TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
JENNIFER D. ARKOWITZ (State Bar No. 223755)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  mmgorelnik@townsend.com
        lhvanlobensels@townsend.com
        jdarkowitz@townsend.com

Attorneys for Plaintiff
CHIMNEY SWEEPING LOG, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMNEY SWEEPING LOG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEECO MANUFACTURING CO., INC. and COEUR D'ALENE FIBER FUELS, INC. d/b/a ATLAS,<br><br>Defendants. | Case No.   C-07-5671 WHA<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, TELEPHONIC APPEARANCE**<br><br>Date: February 21, 2008<br>Time: 11:00 a.m.<br>Before: Hon. William Alsup |

1      Having considered Plaintiff's request for continuance of the Initial Case Management
2 Conference or, in the alternative, for Plaintiff's lead counsel to appear telephonically, the Court finds
3 good cause to grant Plaintiff's request.
4      [IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to
5 March 13, 2008, at 11:00 a.m., or _____, 2008, at _____a.m.]
6      [IT IS HEREBY ORDERED that Plaintiff's lead counsel may appear telephonically at the
7 Initial Case Management Conference as currently scheduled on February 21, 2008, at 11:00 a.m.]

10 DATED: February \_\_\_, 2008

                                                           Judge William Alsup
                                                     United States District Judge

61287816 v1