IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIMNEY SWEEPING LOG, LLC,
a Nevada limited liability company,

    Plaintiff,

  v.

MEECO MANUFACTURING CO. INC.,
a Washington corporation, and COEUR
D'ALENE FIBER FUELS, INC., an Idaho
corporation, doing business as ATLAS,

    Defendant.

No. C 07-05671 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference, currently set for February 21, 2008, to **MARCH 13, 2008, AT 11:00 A.M.** Please file a case management statement at least seven days prior. All related deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: February 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE