```
JAMES PARTON III, ESQ. (SBN 77698)
FRANCIS D. CONWAY, ESQ. (SBN 186207)
AMELIA D. YAROS, ESQ. (SBN 221290)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA  94111
Telephone:   (415) 397-2800
Facsimile:   (415) 397-0937
Email:       jparton@lgglaw.com
             fconway@lgglaw.com
             ayaros@lgglaw.com
```

Attorneys for Defendant
MEECO MANUFACTURING CO., INC.,
A Washington Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMNEY SWEEPING LOG., LLC., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEECO MANUFACTURING CO., INC., a Washington corporation, and COEUR D'ALENE FIBER FUELS, INC., an Idaho corporation, doing business as ATLAS,<br><br>Defendants. | Case No.: C 07 5671 WHA<br><br>**NOTICE OF APPEARANCE OF ATTORNEY AS COUNSEL FOR DEFENDANT MEECO MANUFACTURING CO., INC.**<br><br>Case Filed:   11/7/07<br>Trial Date:   None yet. |

NOTICE IS HEREBY GIVEN THAT **James Parton III**, Esq. is appearing as **LEAD COUNSEL** and **ATTORNEY TO BE NOTICED** in this action for Defendant, MEECO MANUFACTURING CO., INC. The firm name, address and phone number for Mr. Parton is Lynch, Gilardi & Grummer, a Professional Corporation, 475 Sansome Street, Suite 1800, San Francisco, CA 94111, (415) 397-2800. The contact email for James Parton III is jparton@lgglaw.com.

///

///

1

*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
NOTICE OF APPEARANCE OF ATTORNEY AS COUNSEL FOR DEFENDANT MEECO MANUFACTURING CO., INC.
Case No. C-07-5671 WHA

| | | |
|---|---|---|
| 1 | DATED: February 21, 2008 | LYNCH, GILARDI & GRUMMER |
| 2 | | A Professional Corporation |

By  /s/ James Parton III
James Parton III, Esq.
Francis D. Conway, Esq.
Amelia D. Yaros, Esq.
Attorneys for Defendant
MEECO MANUFACTURING CO., INC.
A Washington Corporation

Notice of Appearance-JP

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

2
*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
NOTICE OF APPEARANCE OF ATTORNEY AS COUNSEL FOR DEFENDANT MEECO MANUFACTURING CO., INC.
Case No. C-07-5671 WHA