1  JAMES PARTON III, ESQ. (SBN 77698)
   FRANCIS D. CONWAY, ESQ. (SBN 186207)
2  AMELIA D. YAROS, ESQ. (SBN 221290)
   LYNCH, GILARDI & GRUMMER
3  A Professional Corporation
   475 Sansome Street, Suite 1800
4  San Francisco, CA  94111
   Telephone:    (415) 397-2800
5  Facsimile:    (415) 397-0937
   Email:        jparton@lgglaw.com
6                fconway@lgglaw.com
                 ayaros@lgglaw.com
7
   Attorneys for Defendant
8  MEECO MANUFACTURING CO., INC.,
   A Washington Corporation
9

10                  UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | CHIMNEY SWEEPING LOG., LLC., a          | Case No.:  C 07 5671 WHA
   | Nevada limited liability company,       |
14 |                                         | **NOTICE OF APPEARANCE OF
   |           Plaintiff,                    | ATTORNEY AS COUNSEL FOR
15 |                                         | DEFENDANT MEECO
   |       v.                                | MANUFACTURING CO., INC.**
16 | MEECO MANUFACTURING CO., INC.,  a       |
   | Washington corporation, and COEUR       | Case Filed:    11/7/07
17 | D'ALENE FIBER FUELS, INC.,  an Idaho    | Trial Date:    None yet.
   | corporation, doing business as ATLAS,   |
18 |                                         |
   |           Defendants.                   |
19

20       NOTICE IS HEREBY GIVEN THAT **Francis D. Conway**, Esq. is appearing as **LEAD**
21
   **COUNSEL** and **ATTORNEY TO BE NOTICED** in this action for Defendant, MEECO
22
   MANUFACTURING CO., INC.  The firm name, address and phone number for Mr. Conway is
23
   Lynch, Gilardi & Grummer, a Professional Corporation, 475 Sansome Street, Suite 1800, San
24
   Francisco, CA 94111, (415) 397-2800.  The contact email for Francis D. Conway is
25
   fconway@lgglaw.com.
26
   ///
27
   ///
28
                                             1
   *Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
   NOTICE OF APPEARANCE OF ATTORNEY AS COUNSEL FOR DEFENDANT MEECO MANUFACTURING CO., INC.
   Case No. C-07-5671 WHA

Lynch, Gilardi & Grummer
A Professional Corporation
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

DATED: February 21, 2008

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By  /s/ Francis D. Conway
James Parton III, Esq.
Francis D. Conway, Esq.
Amelia D. Yaros, Esq.
Attorneys for Defendant
MEECO MANUFACTURING CO., INC.
A Washington Corporation

173350

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

2

*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
NOTICE OF APPEARANCE OF ATTORNEY AS COUNSEL FOR DEFENDANT MEECO MANUFACTURING CO., INC.
Case No. C-07-5671 WHA