TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
JENNIFER D. ARKOWITZ (State Bar No. 223755)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
       lhvanlobensels@townsend.com
       jdarkowitz@townsend.com

Attorneys for Plaintiff
CHIMNEY SWEEPING LOG, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMNEY SWEEPING LOG, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>MEECO MANUFACTURING CO., INC. and COEUR D'ALENE FIBER FUELS, INC. d/b/a ATLAS,<br><br>             Defendants. | Case No.   C-07-5671 WHA<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 13, 2008<br>Time:  11:00 a.m.<br>Place: Courtroom 9, 19th Floor,<br>        450 Golden Gate Ave., San Francisco<br>**Honorable William Alsup** |

      Plaintiff Chimney Sweeping Log, LLC ("CSL"), requests a telephonic appearance at the Case Management Conference ("CMC") scheduled in this matter on March 13, 2008, at 11:00 a.m., in Courtroom 9. Marc M. Gorelnik, plaintiff's lead counsel, remains hospitalized but expects to be released from hospital to home care in advance of the CMC. Nevertheless, a rigid intravenous medication schedule will interfere with his personal appearance at the CMC. If deemed appropriate by the Court, Mr. Gorelnik is able to appear *in camera* by telephone to discuss this further.

      Mr. Gorelnik is the sole repository of historical information for CSL in this case. CSL and Mr. Gorelnik do not wish to see this case further delayed and request permission for Mr. Gorelnik to appear by telephone with co-counsel Laurie van Löben Sels appearing personally on behalf of CSL.

-2-

1  Mr. Gorelnik's background in this case as well as a similar false advertising case involving fire logs
2  (C-03-05566 JCS) will be helpful to the Court and facilitate the CMC.
3      Mr. Gorelnik will provide his home telephone contact information to Ms. Toland.
4
5  DATED: March 6, 2008              TOWNSEND and TOWNSEND and CREW LLP
6
7                                     By:  /s/
8                                           Marc M. Gorelnik
                                         Laurie H. van Löben Sels
9                                           Jennifer D. Arkowitz
10                                          *Attorneys for Plaintiff*
                                         Chimney Sweeping Log, LLC
11
12  61304564 v1