1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
   JENNIFER D. ARKOWITZ (State Bar No. 223755)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email:  mmgorelnik@townsend.com
           lhvanlobensels@townsend.com
6          jdarkowitz@townsend.com

7  Attorneys for Plaintiff
   CHIMNEY SWEEPING LOG, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHIMNEY SWEEPING LOG, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEECO MANUFACTURING CO., INC. and COEUR D'ALENE FIBER FUELS, INC. d/b/a ATLAS,<br><br>Defendants. | Case No.   C-07-5671 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
|---|---|

1  Having considered Plaintiff's request for telephonic appearance at the Case Management
2  Conference, the Court finds good cause to grant Plaintiff's request.
3  IT IS HEREBY ORDERED that Plaintiff's lead counsel may appear telephonically at the Case
4  Management Conference scheduled on March 13, 2008, at 11:00 a.m.

7  DATED: March ____, 2008

   Judge William Alsup
   United States District Judge

61304019 v1