1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
   JENNIFER D. ARKOWITZ (State Bar No. 223755)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: mmgorelnik@townsend.com
          lhvanlobensels@townsend.com
6         jdarkowitz@townsend.com

7  Attorneys for Plaintiff
   CHIMNEY SWEEPING LOG, LLC
8

9
                    UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | CHIMNEY SWEEPING LOG, LLC, | Case No.  C-07-5671 WHA
13 |         Plaintiff,          |
14 |      v.                     | [PROPOSED] ORDER GRANTING
                                 | PLAINTIFF'S REQUEST FOR
15 | MEECO MANUFACTURING CO., INC. and | TELEPHONIC APPEARANCE AT
   | COEUR D'ALENE FIBER FUELS, INC. d/b/a | CASE MANAGEMENT
16 | ATLAS,                      | CONFERENCE
17 |         Defendants.          |

Having considered Plaintiff's request for telephonic appearance at the Case Management Conference, the Court finds good cause to grant Plaintiff's request.

IT IS HEREBY ORDERED that Plaintiff's lead counsel may appear telephonically at the Case Management Conference scheduled on March 13, 2008, at 11:00 a.m.

DATED: March _7_, 2008

Judge William Alsup
United States District Judge

61304019 v1

*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC
APPEARANCE AT CASE MANAGEMENT CONFERENCE
Case No. C-07-5671 WHA

-2-