TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
JENNIFER D. ARKOWITZ (State Bar No. 223755)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
       lhvanlobensels@townsend.com
       jdarkowitz@townsend.com

Attorneys for Plaintiff
CHIMNEY SWEEPING LOG, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHIMNEY SWEEPING LOG, LLC, | Case No.   C-07-5671 WHA |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| MEECO MANUFACTURING CO., INC. and COEUR D'ALENE FIBER FUELS, INC. d/b/a ATLAS, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Chimney Sweeping Log, LLC hereby voluntarily dismisses Defendant Coeur D'Alene Fiber Fuels (doing business as "Atlas") from this action without prejudice. This voluntary dismissal applies only to defendant Atlas.

Respectfully submitted,

DATED: March 12, 2008      By: _____
                               Marc M. Gorelnik
                               Laurie H. van Löben Sels

TOWNSEND AND TOWNSEND AND CREW LLP
*Attorneys for Plaintiff*
Chimney Sweeping Log, LLC

61306911 v1

Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas
PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C-07-5671 WHA                                                                                            -1-