**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 13, 2008

Case No.  C 07-5671WHA

Title: Chimney Sweeping v. Meeco Manufacturing

Plaintiff Attorneys:    Mark Gorelnik appeared telephonically, Laurie Van Loben Sel present

Defense Attorneys:   James Parton

Deputy Clerk: Frank Justiliano

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Initial Case Management Conference - Held.

2)

**ORDERED AFTER HEARING:**   Case referred to ADR for Mediation.  Court to issue a scheduling order.