```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    MARC M. GORELNIK (State Bar No. 166833)
 2  ROBERT A. McFARLANE (State Bar No. 172650)
    LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
 3  JENNIFER D. ARKOWITZ (State Bar No. 223755)
    Two Embarcadero Center, 8th Floor
 4  San Francisco, California 94111
    Telephone: (415) 576-0200
 5  Facsimile: (415) 576-0300
    Email:  mmgorelnik@townsend.com
 6          ramcfarlane@townsend.com
            lhvanlobensels@townsend.com
 7          jdarkowitz@townsend.com

 8  Attorneys for Plaintiff
    CHIMNEY SWEEPING LOG, LLC
 9
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHIMNEY SWEEPING LOG, LLC, | Case No.   C-07-5671 WHA |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE FOR ROBERT A. McFARLANE** |
| MEECO MANUFACTURING CO., INC. and COEUR D'ALENE FIBER FUELS, INC. d/b/a ATLAS, | |
| Defendants. | |

Notice of Appearance for Robert A. McFarlane

Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas
Case No. C-07-5671 WHA

1

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Robert A. McFarlane, of Townsend and Townsend and
3  Crew LLP, enters his appearance in this matter as attorney of record for Plaintiff Chimney Sweeping
4  Log, LLC ("CSL"):

```
           Robert A. McFarlane
           TOWNSEND AND TOWNSEND AND CREW LLP
           Two Embarcadero Center, 8th Floor
           San Francisco, CA  94111-3834
           Telephone:    (415) 576-0200
           Facsimile:    (415) 576-0300
           Email:        ramcfarlane@townsend.com
```

10  Dated: March 25, 2008        Respectfully submitted,

11                                  TOWNSEND AND TOWNSEND AND CREW LLP

13                                  By:_____/s/_____
                                    Robert A. McFarlane.
14                                  TOWNSEND AND TOWNSEND AND CREW LLP
                                Two Embarcadero Center, 8th Floor
15                                  San Francisco, California  94111
                                Telephone: (415) 576-0200
16                                  Facsimile: (415) 576-0300

18  61320540 v1

Notice of Appearance for Robert A. McFarlane

*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
Case No. C-07-5671 WHA

                                                                                                                2