# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Chimney Sweeping Log, LLC, | No. C 07-05671 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Meeco Manufacturing Co., Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) **5/5 and 12/08**

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: **5/14/08**

Mediator, John W. Crittenden
Cooley Godward LLP
101 California St., 5th Floor
San Francisco, CA 94111-5800

Certification of ADR Session
07-05671 WHA MED