TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
ROBERT A. McFARLANE (State Bar No. 172650)
LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
JENNIFER D. ARKOWITZ (State Bar No. 223755)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  mmgorelnik@townsend.com
        ramcfarlane@townsend.com
        lhvanlobensels@townsend.com
        jdarkowitz@townsend.com

Attorneys for Plaintiff
CHIMNEY SWEEPING LOG, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMNEY SWEEPING LOG, LLC,<br><br>                    Plaintiff,<br><br>           v.<br><br>MEECO MANUFACTURING CO., INC. and COEUR D'ALENE FIBER FUELS, INC. d/b/a ATLAS,<br><br>                    Defendants. | Case No.   C-07-5671 WHA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Judge:  Hon. William Alsup** |

WHEREAS the parties to the above litigation have reached a Settlement Agreement and Release, the parties do hereby stipulate by and through their attorneys to the dismissal of all claims and counterclaims in the above action, with prejudice.  The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties.

                                        Respectfully submitted,

DATED: July 14, 2008                    TOWNSEND and TOWNSEND and CREW LLP


                                        By:_____/s/ Marc M. Gorelnick_____
                                              Marc M. Gorelnik
                                              *Attorneys for Plaintiff*
                                              Chimney Sweeping Log, LLC

1 | DATED: July 14, 2008

LYNCH, GILARDI & GRUMMER PC

By: _/s/ Frank D. Conway_
James Parton III
Frank D. Conway
*Attorneys for Defendant*
Meeco Manufacturing Company, Inc.

**IT IS SO ORDERED.**

DATED: _July 22_, 2008.

_/s/ Judge William Alsup_
Judge William Alsup
United States District Court

*IT IS SO ORDERED* (stamp, signed by Judge William Alsup, United States District Court, Northern District of California)

*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. C-07-5671 WHA

-2-

**GENERAL ORDER ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Marc M. Gorelnik, attest that concurrence in the filing of this document has been obtained from Frank D. Conway. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of July, 2008, at San Francisco, California.

                                                /s/ Marc M. Gorelnik
                                                  Marc M. Gorelnik

61368439 v1

*Chimney Sweeping Log, LLC v. Meeco Manufacturing Co., Inc. and Coeur d'Alene Fiber Fuels, Inc. d/b/a Atlas*
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. C-07-5671 WHA

-3-